# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SIMON ERIC REED                                                              PLAINTIFF

v.                CASE NO: 4:17CV00849-JM-JJV

SCOTT BRADLEY, *et al.*                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Reed's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Motion for Motion for Summary Judgment filed by Defendants Randy Gurley and Tim Pike (Doc. No. 48) is GRANTED.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 54) is DENIED.

3. Plaintiff's claims against Defendants Gurley and Pike are DISMIMSSED with prejudice.

4. This case is DISMISSED.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 8th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE