IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SIMON ERIC REED                                                                                             PLAINTIFF

v.                             CASE NO: 4:17CV00849-JM-JJV

SCOTT BRADLEY, *et al.*                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 8th day of July, 2019.

                                                                                                     _____
                                                                                                UNITED STATES DISTRICT JUDGE